IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEWETT H. INGRAM,<br><br>Defendant. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 2:05CR737DAK |

Defendant, Jewett H. Ingram, has filed a motion for early termination of his supervised release. On August 25, 2006, this court sentenced Defendant to five months incarceration and a term of sixty months of supervised release. Defendant was placed on supervised release in March 2007. Therefore, his term of supervised release is not scheduled to terminate until March 2012.

Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any

policy statements issued by the Sentencing Commission, and the need for the sentence imposed to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services. *See* 18 U.S.C. § 3553(a).

Defendant's letter to the court indicates that he has completed all the obligations of his probation and has not violated any of the restrictions. In addition, Defendant has remained steadily employed and successfully completed therapy. Defendant's letter also reports that his family, friends, and coworkers are aware of his prior offense and help him make good decisions. The representations in Defendant's letter indicate that he is on the right path. In addition, the court contacted Defendant's Probation Officer who stated that based on Defendant's conduct during his term of supervised release, he fully supports early termination. The court concludes that early termination of supervised release is warranted in this case. Accordingly, Defendant's motion for early termination is GRANTED.

DATED this 13th day of July, 2010.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge